FILED
CHARLOTTE, NC
JUL 09 2013
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:11-cr-337-RJC |
| ) | |
| v. ) | *UNDER SEAL* |
| ) | |
| (7) EVELYN CHANTELL LaCHAPELLE *et al* ) | **GOVERNMENT'S MOTION TO UNSEAL SECOND SUPERSEDING BILL OF INDICTMENT** |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and moves to unseal the above-captioned Second Superseding Bill of Indictment, because there no longer remains cause for it to remain sealed.

Respectfully submitted this 9th day of July 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*/s/*

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 338-3117 (office); (704) 227-0254 (facsimile)
Steven.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of July 2013 that I will have the foregoing duly served upon the Defendants herein through Defendants' attorneys of record via electronic mail, upon the Court granting the Motion:

    Randolph Lee, Esq.
    Scott Gsell, Esq.
    Dianne Jones McVay, Esq.
    Roderick Wright, Esq.

_____
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY