IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EVELYN CHANTELL LACHAPELLE (7) ) | |
| ) | |

**THIS MATTER** is before the Court upon its own motion upon the defendant's filing of a motion challenging the validity of the verdict on October 8, 2014, (Doc. No. 506).

The Court finds that resolution of the motion requires a continuance of the sentencing hearing currently scheduled for October 21, 2014.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 9, 2014

Robert J. Conrad, Jr.
United States District Judge