IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr337-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>(7) EVELYN CHANTELL LaCHAPELLE,  )<br>  )<br>Defendant.  ) | **ORDER OF FORFEITURE** |

**THIS MATTER** is before the Court on the Government's Motion for Money Judgment and Preliminary Order of Forfeiture, (Doc. No. 353), to which Defendant has not objected.

**THIS COURT FINDS AS FOLLOWS**:

1. The Third Superseding Bill of Indictment in this case charged Defendant with violations of 21 U.S.C. § 1956 and 18 U.S.C. § 846, among other violations. (Doc. No. 288). The Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 982, and specifically identified proceeds, substitute property, and a $1,050,837 forfeiture money judgment as subject to forfeiture. (Id. at 4).

2. Defendant was convicted at trial by the jury on Counts One and Two and was adjudged guilty of the offense charged in each count. (Doc. No. 349: Verdict). Based on evidence already in the record, including Defendant's conviction, the Government has established the amount of $1,050,837 as the amount of proceeds and the amount involved in money laundering, for purposes of Counts One and Two.

3. Therefore, under Fed. R. Crim. P. 32.2 and based on the Third Superseding Bill of Indictment, the Government has established the amount of the money judgment.

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture as to substitute property to satisfy the money judgment in whole or in part.

**IT IS THEREFORE ORDERED** that, based upon 18 U.S.C. § 982, this Order shall constitute a money judgment for the following property:

> **A forfeiture money judgment in the amount of at least $1,050,837, such amount constituting proceeds of the violations set forth in the Third Superseding Bill of Indictment.**

Robert J. Conrad, Jr.
United States District Judge