UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00337-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| EVELYN CHANTELL LACHAPELLE (7) | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of her supervised release, (Doc. No. 627), to which the United States Probation Office (USPO) and the United States Attorney's Office are not opposed.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a four-year term of supervised release which began on or about February 1, 2019. (Doc. No. 621: USPO Memorandum). According to the motion, the defendant served her time in custody with only one incident, involving insubordination; has complied with conditions of release, including full-time employment; and volunteers to assist newly released prisoners in their reintegration and rehabilitation. Accordingly, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 627), is **GRANTED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 10, 2021

Robert J. Conrad, Jr.
United States District Judge